# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:15-cv-00021-AWI-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| | (Doc. 8) |
| ROSS DRESS FOR LESS, INC., d/b/a ROSS DRESS FOR LESS #163; CLOVIS SHAW PARTNERS, LLC, operating in California as CLOVIS SHAW 26, LLC, | |
| Defendants. | |

The Court has reviewed the Parties' stipulation and, good cause appearing, Defendant Clovis Shaw Partners, LLC, shall have up to and including February 25, 2015, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: **February 20, 2015**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE