# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:15-cv-00021-AWI-SKO |
| Plaintiff, | **ORDER EXTENDING THE TIME FOR DEFENDANT ROSS DRESS FOR LESS, INC., TO RESPOND TO THE COMPLAINT** |
| v. | |
| | (Doc. 11) |
| ROSS DRESS FOR LESS, INC., d/b/a ROSS DRESS FOR LESS # 163; CLOVIS SHAW PARTNERS, LLC, operating in California as CLOVIS SHAW 26, LLC, | |
| Defendants. | |

The Complaint was served on Defendant Ross Dress for Less, Inc., on January 7, 2015, and on Defendant Clovis Shaw Partners, LLC, on January 22, 2015, via personal service. (Docs. 4, 6.) The parties have previously stipulated to extensions of time for both Defendants to respond to the Complaint to February 25, 2015. (Docs. 5, 7.) The parties request a further extension of time for Defendants to respond to the Complaint to allow the parties additional time to fully investigate Plaintiff's allegations and potentially resolve this dispute. (Docs. 9, 10.)

The Court has reviewed the parties' stipulation and, good cause appearing, Defendants Ross Dress for Less, Inc., and Clovis Shaw Partners, LLC, shall have up to and including March 25, 2015, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: **February 24, 2015**           /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE