1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROSS DRESS FOR LESS, INC., dba ROSS DRESS FOR LESS #163; CLOVIS SHAW PARTNERS, LLC, operating in California as CLOVIS SHAW 26, LLC,<br><br>　　　　　Defendants. | Case No.  1:15-CV-00021-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>Complaint Served:　　　January 7, 2015 |

1    Plaintiff Ronald Moore ("Plaintiff"), Defendant Clovis Shaw Partners, LLC, and Defendant Ross Dress for Less, Inc., by and through undersigned counsel, hereby stipulate to an extension of time so that Defendants shall have until **April 24, 2015**, to respond to the Complaint. Additionally, the parties respectfully request that the Court continue the Scheduling Conference, currently set for April 7, 2015, to a date convenient for the Court **on or after May 8, 2015**.

Good cause exists for these extensions because a Certified Access Specialist inspected the property in question on March 13, 2015, and the parties are in the process of reviewing the CASp Inspection Report, evaluating the alleged access barriers set forth in Plaintiff's Complaint, and discussing the possibility of an informal, global resolution of this dispute without the time and expense of further litigation. In particular, permitting these extensions of time will allow Defendants avoid the cost of preparing a formal response to the Complaint if the parties are able to resolve this dispute prior to April 24, 2015, and will also permit the parties to avoid the time and expense of preparing a joint status report and attending a Scheduling Conference if the parties are able to reach a global resolution prior to April 24, 2015.

**IT IS SO STIPULATED**.

Dated: March 24, 2015                  /s/ *Tanya E. Moore* [with permission]
                                       TANYA E. MOORE
                                       MOORE LAW FIRM, P.C.
                                       Attorneys for Plaintiff
                                       RONALD MOORE


Dated: March 24, 2015                  /s/ *Brady K. McGuinness* [with permission]
                                       BRADY K. MCGUINNESS
                                       BETTS, RUBIN & MCGUINNESS
                                       Attorneys for Defendant
                                       CLOVIS SHAW PARTNERS, LLC

Dated: March 24, 2015

/s/ *Michael G. Leggieri*
MICHAEL G. LEGGIERI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

### **ORDER**

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants shall have until April 24, 2015, to respond to the Complaint;

2. The April 7, 2015 Scheduling Conference is continued until May 21, 2015, at 10:15 a.m., in Courtroom 7; and

3. The parties shall file their Joint Scheduling Report no later than seven days prior to the date set for the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **March 25, 2015**                   /s/ **Sheila K. Oberto**
                                                                                UNITED STATES MAGISTRATE JUDGE