Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSS DRESS FOR LESS, INC., dba ROSS DRESS FOR LESS #163, et al.,<br><br>    Defendants. | No. 1:15-cv-00021-AWI-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 5, 2015                                    MOORE LAW FIRM, P.C.


                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff
                                                     Ronald Moore

**ORDER**

Page 1

1   Good cause appearing,

2   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

3

4   IT IS SO ORDERED.

5   Dated:   May 5, 2015                              _____

6                                                                            SENIOR  DISTRICT  JUDGE